INMATE FILE

5156

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DAMIEN PRIMUS,<br><br>          Defendant. | CASE NO. 8:20CR334<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

    (1)    The defendant affirms receiving a copy of the superseding indictment;

    (2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

    (3)    The defendant pleads not guilty to all counts of the superseding indictment.

_____        02-25-2021
Defendant                                                     Date

Joseph Howard                            Feb. 25, 2021
Attorney for Defendant                           Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  25th  day of  February , 2021.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT