IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAMIEN PRIMUS,<br><br>        Defendant. | 8:20CR334<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 56). The Court has reviewed the record in this case and finds as follows:

1. On September 23, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 53), pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 853 and 18 U.S.C. § 924(c)(1)(B)(i) and based upon defendant Damien Primus ("Primus") pleading guilty to Counts III and V of the Superseding Indictment and admitting the Forfeiture Allegation (Filing No. 25). Under the Preliminary Order of Forfeiture, Primus forfeited any interest he had in $1,080 in United States currency seized from 3941 X Street, Apartment #1, Omaha, Nebraska on or about November 24, 2020, to the government.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 24, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on November 23, 2021 (Filing No. 55).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 56) is granted.
2. All right, title and interest in and to the $1,080 in United States currency seized from 3941 X Street, Apartment #1, Omaha, Nebraska on or about November 24, 2020, held by any person or entity are forever barred and foreclosed.
3. The $1,080 in United States currency is forfeited to the government.
2. The government is directed to dispose of that currency in accordance with law.

Dated this 6th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge